**FILED**
June 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )    Case No. 2:12MJ00187-DAD-2
        Plaintiff,                  )
v.                                  )    ORDER FOR RELEASE OF
                                    )    PERSON IN CUSTODY
KELSEY ANN LANE,                    )
                                    )
        Defendant.                  )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __KELSEY ANN LANE__, Case No. __2:12MJ00187-DAD-2__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ __50,000.00__

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 14, 2013__ at __2:00 pm__.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal